IN THE UNITED STATES DISTRICT COURT

COURT, IN AND FOR

The SOUTHERN DISTRICT COUNTY, FLORIDA

CASE NO: 1:22-cv-23871-JEM

DIVISION: Civil Action



Plaintiff

Model Me Kids, LLC

vs.

Model-Me-Kids, Inc.

Defendant

---

## MOTION TO ENLARGE TIME TO FILE RESPONSE

Defendant, Shushona Cooper, asks the Court to extend his/her/their time to file a response to the Plaintiffs' Complaint in the above-style matter. Defendant is seeking legal assistance concerning this matter, but due to time limitations, Defendant has/have not been given the opportunity to adequately consult with an attorney, and for this reason requests the extension of time to respond.

WHEREFORE, Defendant Model-Me-Kids, Inc. c/o Shushona Cooper, requests that this Court enlarge the time for filing him/her/their response.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this document has been mailed to James Slater, Esq., Attorney for Plaintiff, 113 S. Monroe Street, Tallahassee, Florida 32301, this date January 17th, 2023.

Defendant

Model-Me-Kids, Inc. c/o Shushona Cooper

17801 N.W. 2nd ave. # 211

Miami Gardens, Fl.orida, 33169