# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:22-CV-23871-JEM

Plaintiff: **MODEL ME KIDS, LLC**
vs.
Defendant: **MODEL-ME-KIDS, INC**

For:
James Slater
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

Received by L & L Process, LLC. on the 28th day of November, 2022 at 5:10 pm to be served on **MODEL-ME-KIDS, INC C/O SHUSHONA COOPER, REGISTERED AGENT, 17801 NW 2ND AVE, #211, MIAMI, FL 33169**.

I, Danny Mendez, do hereby affirm that on the **8th day of December, 2022** at **12:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint for Trademark Infringement and Unfair Competition, and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **SHUSHONA COOPER** as **AUTHORIZED/ REGISTERED AGENT** for **MODEL-ME-KIDS, INC**, at the address of: **1831 NW 154TH ST, OPA LOCKA, FL 33054**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
11/30/2022  12:00 pm  Attempted service at 17801 NW 2ND AVE, #211, MIAMI, FL 33169. Doors locked. Lights off. Employees working remotely from home.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: LIGHT TAN, Height: 5'6", Weight: 135, Hair: BLACK, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**Danny Mendez**
Certified Process Server #1265

L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2022004426

```
DELIVERED   12/8/2022 12:50 PM
SERVER      DM
LICENSE     Certified Process
            Server #1265
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Model Me Kids, LLC<br><br>*Plaintiff(s)*<br>v.<br>Model-Me-Kids, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-cv-23871-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Model-Me-Kids, Inc.
c/o Shushona Cooper, Registered Agent
17801 NW 2nd Ave. #211
Miami, Florida 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Slater, Esq.
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 28, 2022

s/ N. Wilner
Deputy Clerk
U.S. District Courts