UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23871-CIV-MARTINEZ

MODEL ME KIDS, LLC,

    Plaintiff,

v.

MODEL-ME-KIDS, INC.,

    Defendant.
_____/

### ORDER STRIKING MOTION TO ENLARGE TIME TO FILE RESPONSE

**THIS CAUSE** comes before the Court on Shushona Cooper's Motion to Enlarge Time to File Response ("Motion to Enlarge Time"). (ECF No. 5). Ms. Cooper is not a party to this action, but she moves on behalf of Defendant Model-Me-Kids, Inc. for an extension of time for Defendant to respond to the Complaint. (*Id.* at 1). Defendant is a corporation. A corporate entity must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). As a non-attorney, Ms. Cooper cannot act on behalf of Defendant. *See id.*

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion to Enlarge Time is **STRUCK.** The Clerk of Court is **DIRECTED** to strike docket entry 5 from the docket.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of January, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record