UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MODEL ME KIDS, LLC

PLAINTIFF(S)

v.

MODEL−ME−KIDS, INC.,

DEFENDANT(S).

CASE NUMBER
1:22−cv−23871−JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Model−Me−Kids, Inc.**

as of course, on the date January 23, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc:  Judge Jose E. Martinez
     Model Me Kids, LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)