UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MODEL ME KIDS, LLC,

    Plaintiff,

v.

MODEL-ME-KIDS, INC.,

    Defendant.

Case No. 1:22-cv-23871-JEM

**CERTIFICATE OF SERVICE**

Per paragraph 3 of the Court's Order on Final Default Judgment Procedure (the "Order") [D.E. 12], Plaintiff, through its counsel, certifies that a copy of the Order was sent this 23rd day of January 2023 via electronic and certified mail to: Defendant Model-Me-Kids, Inc., care of Shushona Cooper, 17801 Northwest Second Avenue, Suite 211, Miami Gardens, Florida 33169, shushonacooper@gmail.com.

Dated: January 23, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

By:   **James M. Slater**
James M. Slater (FBN 111779)
333 S.E. 2nd Ave. #2000
Miami, Florida 33131
james@slater.legal
Tel: (305) 523-9023
*Attorneys for Plaintiff*