UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Model Me Kids. LLC, Plaintiff,

vs.

Model-Me-Kids. Inc., Defendant(s)

Case No. 1:22-cv-23871-JEM

FILED BY MC D.C.
JAN 23 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA.

## Motion For Referral To Volunteer Attorney Program

I, Shushona Cooper, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: /s/ Shushona K. Cooper
Printed name: Shushona Cooper
Address: 17801 N.W. 2nd Ave. #211
Miami, Florida 33169

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service - (hand delivery)/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below. 12-18-2022

Signature: /s/ Shushona K. Cooper
Printed name: Shushona Cooper

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant

Shushona Cooper
1831 N.W. 154 St
Opa-locka Fl. 33054

MIAMI FL 330
21 JAN 2023 PM 2 L

United States District Court,
Southern District of
Attention: Intake for docketing
400 North Miami Avenue, Room
Miami, Florida 33128

33128-771899