UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23871-CIV-MARTINEZ

MODEL ME KIDS, LLC,

    Plaintiff,

v.

MODEL-ME-KIDS, INC.,

    Defendant.

_____/

## ORDER DENYING MOTION FOR REFERRAL TO VOLUNTEER ATTORNEY PROGRAM

**THIS CAUSE** comes before the Court on Shushona Cooper's Motion for Referral to Volunteer Attorney Program ("Motion for Referral"). (ECF No. 15). The Court has already struck a filing by Ms. Cooper, a non-party non-attorney, because the filing was submitted on behalf of Defendant Model-Me-Kids, Inc., a corporate entity. (*See* ECF No. 9) (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)). Now Ms. Cooper again improperly files a motion on behalf of Defendant, this time seeking a referral to the volunteer attorney program.

"The Court's volunteer lawyer program was designed to assist individuals of limited means who were appearing pro se and was not intended to assist for-profit entities who, by law, may not litigate a matter pro se." *Progressive Express Ins. Co. v. C&F Transp., LLC*, No. 22-cv-20775, 2022 U.S. Dist. LEXIS 187449, at *3 (S.D. Fla. Oct. 13, 2022) (alterations adopted). To proceed in this case, Defendant must be represented by counsel. *See Palazzo*, 764 F.2d at 1385. Accordingly, Ms. Shushona's Motion for Referral must be denied. *See Veamcast Corp v. Facebook Inc.*, No. 20-cv-2667, 2020 U.S. Dist. LEXIS 232023, at *4 (M.D. Fla. Nov. 19, 2020)

(denying motion for referral to volunteer attorney program submitted by an individual on behalf of a corporate defendant because the individual "cannot pursue claims on behalf of [the corporate defendant] in this action, but rather, . . . must do so through counsel").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion for Referral, (ECF No. 15), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of January, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record