UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number:  22-23871-CIV-MARTINEZ-BECERRA**

MODEL ME KIDS, LLC,

     Plaintiff,

v.

MODEL-ME-KIDS, INC.,

     Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

     **THIS CAUSE** came before the Court on the Plaintiff's Notice of Settlement, which informs the Court that the parties have reached a settlement in this matter.  (ECF No. 17). Accordingly, it is **ORDERED AND ADJUDGED** that

     1.     The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before February 28, 2023**.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

     2.     If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice and without any further warning.

     3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

     4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

     **DONE AND ORDERED** in Miami, Florida, this 30th day of January, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record