UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MODEL ME KIDS, LLC,

    Plaintiff,

v.

MODEL-ME-KIDS, INC.,

    Defendant.

Case No. 1:22-cv-23871-JEM

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) and the Court's Order on Notice of Settlement (ECF No. 18), Plaintiff Model Me Kids, LLC voluntarily dismisses this action against Defendant Model-Me-Kids, Inc. with prejudice. Defendant Model-Me-Kids, Inc. has not served any answer or motion for summary judgment in this action.

Dated: February 20, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

By:   **James M. Slater**
James M. Slater (FBN 111779)
333 S.E. 2nd Ave. #2000
Miami, Florida 33131
james@slater.legal
Tel: (305) 523-9023

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on February 20, 2023 a true and correct copy of this document was delivered via electronic mail to Model-Me-Kids, Inc., c/o Shushona Cooper, shushonacooper@gmail.com.

By: **James M. Slater**
James M. Slater
