UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MODEL ME KIDS, LLC,

    Plaintiff,

v.

MODEL-ME-KIDS, INC.,

    Defendant.

Case No. 1:22-cv-23871-JEM

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (ECF No. 19), filed on February 20, 2023. The Court has carefully reviewed the Notice, the record in this case and applicable law and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-styled action is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____ _____, 2023.

                                                                                                        JOSE E. MARTINEZ
                                                                                                        UNITED STATES DISTRICT JUDGE

Copies provided to all counsel of record